IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01001-BNB

JOHN NASIOUS,

      Plaintiff,

v.

LITTLETON POLICE DEPARTMENT,
HAL MANDLER,
OFFICE OF THE DISTRICT ATTORNEY 2ND JUDICIAL DISTRICT,
D.A. LAUREN DAVIS,
DENVER POLICE DEPARTMENT,
BART MALPASS,
DENVER POLICE DEPARTMENT – PROPERTY DIVISION,
CHIEF WHITMAN,
JOHN DO & JANE DOE 1-10,
DENVER POLICE DEPARTMENT CHECK FRAUD DIVISION,
DETECTIVE IBARRA,
JOHN DOE,
JANE DOE 1-10,
COLORADO DEPARTMENT OF CORRECTIONS – A.V.C.F. MAILROOM,
SGT. NORA KURTZ AND COMPLETE STAFF, and
TWO UNKNOWN DEPUTY SHERIFFS – Arresting on Case # 05CR2970,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 1 2007

GREGORY C. LANGHAM
CLERK

---

ORDER ALLOWING PLAINTIFF TO PROCEED
WITHOUT PAYMENT OF INITIAL PARTIAL FILING FEE

---

In an order filed on June 21, 2007, the court granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(1), the court ordered Plaintiff either to pay an initial partial filing fee of $23.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. On July 24, 2007, Plaintiff submitted a statement to the court in response to the June

21 order.  Plaintiff alleges that he has been transferred temporarily to a new facility, that he is unable to procure a certified copy of his inmate trust fund account statement, and that his account statement would show a negative balance in his account.  The account statement Plaintiff previously submitted to the court in June 2007 indicated he has had a negative balance in his account since May 8, 2007.  The financial affidavit previously filed by Plaintiff reveals no other assets.

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee."  28 U.S.C. § 1915(b)(1).  If a prisoner is unable to afford the full amount of the filing fee when the action is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid.  However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee."  28 U.S.C. § 1915(b)(4).

Because it appears that he has no assets and no means by which to pay the initial partial filing fee, Plaintiff will be allowed to proceed in this action without payment of the initial partial filing fee designated in the court's June 21 order.  The court will proceed to review the complaint pursuant to § 1915(e)(2)(B).  However, although he may proceed without payment of an initial partial filing fee, Plaintiff remains obligated to pay the full $350.00 filing fee through monthly installments as directed in the court's June 21 order and reiterated below.  Accordingly, it is

ORDERED that Plaintiff may proceed in this action without payment of the initial partial filing fee designated in the court's June 21, 2007, order.  Plaintiff remains

obligated to pay the full amount of the required $350.00 filing fee pursuant to §
1915(b)(1).  It is

FURTHER ORDERED that until the $350.00 filing fee is paid in full, Plaintiff shall
make monthly payments to the court of twenty (20) percent of the preceding month's
income credited to his account or show cause why he has no assets and no means by
which to make each monthly payment.  Plaintiff is directed to make the necessary
arrangements to have the monthly payments identified by the civil action number on this
order.  In order to show cause, Plaintiff must file a current certified copy of his trust fund
account statement.  It is

FURTHER ORDERED that if Plaintiff fails to have the appropriate payment sent
to the clerk of the court each month or to show cause each month as directed above
why he has no assets and no means by which to make the monthly payment, the
complaint may be dismissed without prejudice and without further notice.  It is

**FURTHER ORDERED that the court may dismiss this action and may apply
all or part of the filing fee payments tendered in this action to satisfy any filing fee
debt the plaintiff may owe in a prior action or actions if the plaintiff fails to stay
current with his payment obligations in the prior action or actions.**

DATED July 31, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01001-BNB

John Nasious
Prisoner No. 98775
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/31/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk