IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 5 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01001-BNB

JOHN NASIOUS,

       Plaintiff,

v.

LITTLETON POLICE DEPARTMENT,
HAL MANDLER,
OFFICE OF THE DISTRICT ATTORNEY 2ND JUDICIAL DISTRICT,
D.A. LAUREN DAVIS,
DENVER POLICE DEPARTMENT,
BART MALPASS,
DENVER POLICE DEPARTMENT – PROPERTY DIVISION,
CHIEF WHITMAN,
JOHN DO & JANE DOE 1-10,
DENVER POLICE DEPARTMENT CHECK FRAUD DIVISION,
DETECTIVE IBARRA,
JOHN DOE,
JANE DOE 1-10,
COLORADO DEPARTMENT OF CORRECTIONS – A.V.C.F. MAILROOM,
SGT. NORA KURTZ AND COMPLETE STAFF, and
TWO UNKNOWN DEPUTY SHERIFFS – Arresting on Case # 05CR2970,

       Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Show Cause" filed on July 24, 2007, is DENIED as moot. Plaintiff's "Motion for Extension of Time to File Amended Complaint" filed on August 14, 2007, is GRANTED as follows: Plaintiff shall have up to and including **October 5, 2007**, to file an amended complaint as directed.

Dated: August 15, 2007

---

Copies of this Minute Order mailed on August 15, 2007, to the following:

John Nasious
Reg. No. 98775
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

_____
Secretary/Deputy Clerk