IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA

Civil Action No. 07-cv-01001-PSF-MEH

JOHN NASIOUS,

        Plaintiff,

v.

LITTLETON POLICE DEPARTMENT,
HAL MANDLER - Littleton Police Dept.,
DENVER POLICE DEPARTMENT,
BART MALPASS, #93026, Denver Police Dept.,
OFFICER CRAIG - Denver Police Dept., and
OFFICER REIDMULLER, Denver Police Dept.,

        Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2007

GREGORY C. LANGHAM
CLERK

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED: October 15, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01001-PSF-MEH

John Nasious
Prisoner No. 98775
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

US Marshal Service
Service Clerk
Service forms for: Littleton Police Department,
Hal Mandler, Denver Police Department,
Bart Malpass, Officer Craig, and Officer Reidmuller

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Littleton Police Department, Hal Mandler, Denver Police Department, Bart Malpass, Officer Craig, and Officer Reidmuller: AMENDED COMPLAINT FILED 10/01/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/17/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk