IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01001-ZLW-KMT

JOHN NASIOUS,

    Plaintiffs,

v.

LITTLETON POLICE DEPARTMENT,
HAL MANDLER, Littleton Police Department,
DENVER POLICE DEPARTMENT,
BART MALPASS, #93026, Denver Police Department,
OFFICER CRAIG, Denver Police Department,
OFFICER REIDMULLER, Denver Police Department,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Defendants' Joint Motion to Vacate Final Pretrial Conference" (#89, filed October 29, 2008) is GRANTED. The Final Pretrial Conference set for December 15, 2008 is VACATED.

Dated: October 31, 2008