IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-01001-ZLW-KMT

JOHN NASIOUS,

      Plaintiff,

v.

LITTLETON POLICE DEPARTMENT,
HAL MANDLER - Littleton Police Dept.,
DENVER POLICE DEPARTMENT,
BART MALPASS, #93026, Denver Police Dept., in his official and individual capacity,
OFFICER CRAIG - Denver Police Dept., in her official and individual capacity, and
OFFICER REIDMULLER, - Denver Police Dept., in his official and individual capacity,

      Defendants.

_____

ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS
_____

The matter before the Court is "Littleton And Hal Mandler's Motion For Summary

Judgment" (Doc. No. 72).  This motion was referred to Magistrate Judge Kathleen M.

Tafoya pursuant to D.C.COLO.LCivR 72.1C.  On February 19, 2009, the Magistrate

Judge issued her Recommendation that the motion be granted.  No party filed

objections to the Recommendation.[1]

---

[1]The Magistrate Judge's February 19, 2009, Recommendation also addressed the "Motion For
Summary Judgment By Defendants Denver Police Department, Officer Bart Malpass, Officer Jennifer
Craig And Officer Erik Riedmuller" (Doc. 84).  The Defendants who filed that motion have objected to the
Magistrate Judge's Recommendation as it pertains to that motion only, and, as set forth below, the Court
will issue a separate Order addressing that motion.

As required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the Court has reviewed *de novo* the Recommendation and accepts and adopts the Recommendation with respect to "Littleton And Hal Mandler's Motion For Summary Judgment."  The Court will issue a separate Order with respect to the "Motion For Summary Judgment By Defendants Denver Police Department, Officer Bart Malpass, Officer Jennifer Craig And Officer Erik Riedmuller" (Doc. 84), also addressed in the February 19, 2009, Recommendation.  Accordingly, it is

ORDERED that "Littleton And Hal Mandler's Motion For Summary Judgment" (Doc. No. 72) is granted.  It is

FURTHER ORDERED that Defendants Littleton Police Department and Hal Mandler are dismissed from this action with prejudice, the parties to pay their own costs and attorney's fees.  It is

FURTHER ORDERED that the Littleton Defendants' Motion For F.R.C.P. 41 Dismissal (Doc. No. 92) is moot.

DATED at Denver, Colorado, this 18th day of March, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court